FILED

07/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0612

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0612

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

TOMMY ESTEL SANSON II,

     Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 12, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 1 2024